IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


NASR NASR ELKOUMY,

        Petitioner,

vs.                                            No. CIV 10-182 BB/LFG

RAY TERRY, WARDEN,

        Respondent.

## **O R D E R**

      THIS MATTER comes before the Court on two Unopposed Motions for Extension of Time [Docs. 17, 18], filed on June 18 and 24, 2010.

      Respondent seeks additional time to file its Reply to Petitioner's Response to a Motion to Dismiss, on grounds as stated in the motions. Both motions are unopposed.

      Respondent having shown good cause therefor and Petitioner having no objection,

      IT IS THEREFORE ORDERED that both Unopposed Motions for Extension of Time [Docs. 17 and 18] are granted. Respondent will have until June 29, 2010 to file its Reply.

                                                        Lorenzo F. Garcia
                                                        United States Magistrate Judge